UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATACHIANNA JAMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, *et al.*,<br><br>　　　　Defendants. | Case No.  2:24-cv-00880-DAD-JDP (PS)<br><br>**ORDER**<br><br>DISCHARGING THE APRIL 30, 2024 ORDER TO SHOW CAUSE AND VACATING THE MAY 29, 2024 FINDINGS AND RECOMMENDATIONS<br><br>ECF Nos. 9 & 13 |

　　　　On April 30, 2024, I ordered plaintiff to show cause within fourteen days why this action should not be dismissed for failure to timely respond to defendant's motion to dismiss.  ECF No. 9; *see* ECF No. 5.  Plaintiff failed to respond to that order.  Accordingly, on May 29, 2024, I recommended that this action be dismissed for failure to prosecute, failure to comply with the court's local rules, and failure to comply with court orders.

　　　　In response, plaintiff filed an opposition to defendant's motion to dismiss.  ECF No. 14.  Given that plaintiff has now responded to defendant's motion, it is hereby ORDERED that:

　　　　1. The April 30, 2024 order to show, ECF No. 9, is discharged.

　　　　2. The May 29, 2024, findings and recommendations, ECF No. 13, are vacated.

　　　　3. Defendant is granted until June 24, 2024, to file an amended reply to plaintiff's opposition.

1

4. After that date, defendant's motion to dismiss will stand submitted for decision.

IT IS SO ORDERED.

Dated: __June 17, 2024__  
　　　　　　　　　　　　　　　　　　　　 _/s/ Jeremy Peterson_  
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON  
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE